UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __24-3325__

Case Title: __Ohio Chemistry Technology Council__ vs. __U.S. Environmental Protection Agency__

List all clients you represent in this appeal:

**Ohio Chemistry Technology Council**

☐ Appellant ☑ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Robert J. Karl__  Signature: s/ __Robert J. Karl__

Firm Name: __Porter Wright Morris & Arthur LLP__

Business Address: __41 South High Street, Suites 2800-3100__

City/State/Zip: __Columbus, OH 43215__

Telephone Number (Area Code): __(614)227-1925__

Email Address: __rkarl@porterwright.com__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17